```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

LEE MORRELL,

                Plaintiff,

                20-cv-9912 (JGK)

    - against -

                ORDER

W.W. INTERNATIONAL, INC.,

                Defendant.

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant should file its motion to dismiss by February 19, 2021. The plaintiff should respond by March 12, 2021, and the defendant should reply by March 26, 2021.

SO ORDERED.

Dated:   New York, New York
          February 11, 2021

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                                **United States District Judge**