United States District Court
Southern District of New York

---

LEE MORRELL, individually and on
behalf of all others similarly
situated,

                Plaintiff,

- against -

WW INTERNATIONAL, INC.,

                Defendant.

20-cv-9912 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties intend to seek mediation. This case is **stayed** pending the results of the mediation. The parties should advise the Court of the state of this case by **November 5, 2021.**

SO ORDERED.

Dated:    New York, New York
           August 5, 2021

                                            John G. Koeltl
                                     United States District Judge