UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEE MORRELL, individually and on behalf of all others similarly situated,

        Plaintiffs,

- against -

WW INTERNATIONAL, INC.,

        Defendant.

---

20-cv-9912 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the parties to submit a status report is extended to **January 7, 2022**.

SO ORDERED.

Dated:   New York, New York
        December 20, 2021

                                    John G. Koeltl
                             United States District Judge